UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WARREN OLIVER,

        Plaintiff,

v.                                Case No. 3:11-cv-964-J-37MCR

OFFICER HARDY, et al.,

        Defendants.

## ORDER

Service of process was returned unexecuted against **Defendant Sgt. James Davis** because he is no longer employed by the Florida Department of Corrections (FDOC). Additionally, service of process was returned unexecuted against **Defendant Sgt. McCal** because there is no one employed with the FDOC with the name of McCal, and the server needs a complete last name in order to effect service. Plaintiff, within **TWENTY (20) DAYS** from the date of this order, must inform the Court of Defendants Davis' whereabouts and Plaintiff must inform the Court of the complete name of "Sgt.

McCal" and his location.  Failure to do so will result in the Defendant's <u>dismissal</u> from the action <u>without</u> <u>further</u> <u>notice</u>.

**DONE AND ORDERED** at Jacksonville, Florida, this 31st day of January, 2012.

                                        *Monte C. Richardson*
                                        MONTE C. RICHARDSON
                                    UNITED STATES MAGISTRATE JUDGE

sa 1/27
c:
Warren Oliver
Ass't A.G. (Stubbs)