```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        JACKSONVILLE DIVISION
```

WARREN OLIVER,

        Plaintiff,

v.                              Case No. 3:11-cv-964-J-37MCR

OFFICER HARDY, et al.,

        Defendants.
_____

## ORDER

1. Defendants' January 31, 2012, Motion for Stay of Discovery (Doc. #24) is **DENIED**.

2. Defendants' February 6, 2012, Motion for Extension of Time to Respond to Plaintiff's Requests for Discovery (Doc. #26) is **GRANTED** to the extent that they shall respond to the discovery requests within **FOURTEEN (14) DAYS** from the date of this order.

3. Plaintiff's February 1, 2012, Motion for Extension of Time (Doc. #25) is **GRANTED**, and Plaintiff shall respond to Defendants' Motion to Dismiss (Doc. #19) and the Court's Order (Doc. #23) within **THIRTY (30) DAYS** from the date of this order.

**DONE AND ORDERED** at Jacksonville, Florida, this 22nd day of February, 2012.

                                                *Monte C. Richardson*
                                                MONTE C. RICHARDSON
                                         UNITED STATES MAGISTRATE JUDGE

```
sa 2/21
c:
Warren Oliver
Ass't A.G. (Stubbs)
```