UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WARREN OLIVER
   Plaintiff

Case No. 3:11-cv-00964-RBD-MCR

v. OFFICER HARDY,
WARDEN BARRY REDDISH, et al,
   Defendants.

FILED
2012 FEB 27 PM 1:21
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

## Retaliation Transfer

Comes Now, Warren Oliver, pro se asking the Courts to transfer him to a safe institution without any retaliation, because of the civil suit. Plaintiff submitted a motion to transfer, because of retaliation a week ago and it's still going on. on 2-21-12 an officer came in my cell and stated "We can take this all the way to the Supreme Court F__k boy", this is on camra, that he came to my cell a couple of times messing with me. The black officer who is with him (Officer R. Hadley) is down with it, he is the one who wrote me a dr, stating I riped up my blankets. They don't have any evidence of me tearing up a blanket, they suppose to take photo's of any thing they say an inmate has destroyed. An inmate cannot be found guilty on officer statement alone, it has to be some evidence. I am in fear of my life at this institution, this institution is depraved, I need some help please. I told the doctor I want to kill myself, he just placed me on medication and did not protect me from harming myself, my cell mate talk me out of it. I hope and pray that the Courts will grant this motion please. Thank you! This same officer big cheese, that's on camra on 2-21-12 fill out a consent form for my medication and put the psychic doctor signature on it

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by U.S. Mail To: The Office of the Attorney General PL 01, The Capital Tallahassee, FL 32399-1050

Executed 23 day of Feb 2012

/s/ Warren Oliver
Warren Oliver DC# 781409
Apalachee Correctional Institution
35 Apalachee Drive
Sneads, FL 32460