**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**WARREN OLIVER, DC# 781409,**

    Plaintiff,

-vs-                          **CASE NO. 3:11-cv-00964-RBD-MCR**

**OFFICER HARDEN,**
**WARDEN BARRY REDDISH, et al.,**

    Defendants.
_____/

### Defendants' Motion to take the Deposition of Inmate Plaintiff

Defendants HARDEN, REDDISH, WOOD, SWAIN, and BROWN [1], through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), move for an order authorizing the deposition of the inmate Plaintiff. In support, Defendants state:

1. Plaintiff, Warren Oliver is an inmate in the custody of the Florida Department of Corrections, currently housed at Apalachee Correctional Institution East Unit, located in Sneads, Florida. Pursuant to Rule 30(a)(2)(B), Federal Rule of Civil Procedure, Defendants must obtain leave of court prior to deposing an incarcerated plaintiff.

2. Plaintiff filed a 42 U.S.C. §1983 action against Defendants alleging that he was attacked by another prison inmate. After having reviewed the allegations against Defendants and other documents gathered regarding Plaintiff's claims, the Defendants would like to take the deposition of the Plaintiff for the purposes of preserving Plaintiff's testimony.

---

[1] Defendants, by making this appearance, do not waive the service of process requirement as to any unserved or improperly served persons or entities. Nothing in this motion shall be construed as an appearance on behalf of or a waiver of service of process as to any unserved or improperly served persons or entities.

3. Counsel for defendants has contacted Apalachee Correctional Institution East and has been advised that arrangements can be made to depose Plaintiff upon reasonable notice.

4. Plaintiff should not be prejudiced if this Court granted this motion. To date, the Court has not issued any scheduling order which pertains to discovery.

Wherefore, for the foregoing reasons, Defendants respectfully request leave of the Court to depose the Plaintiff, Warren Oliver, DC# 781409.

Respectfully submitted,

**PAMELA JO BONDI**
ATTORNY GENERAL

/s/ Joy A. Stubbs
JOY A. STUBBS
Assistant Attorney General
Florida Bar No. 0062870

/s/ Cedell Ian Garland
CEDELL IAN GARLAND
Assistant Attorney General
Florida Bar No. 0058640

The Capitol, Suite PL-01
Tallahassee, FL 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872

joy.stubbs@myfloridalegal.com

cedell.garland@myfloridalegal.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing will be furnished by U.S. Mail to WARREN OLIVER, DC# 781409, Apalachee Correctional Institution East, 35 Apalachee Drive, Sneads, Florida 32460-4166 on the 8th day of March, 2012.

/s/ Joy A. Stubbs
Joy A. Stubbs
Assistant Attorney General