UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
2012 AUG -6 PM 2:59
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

LEGAL MAIL PROVIDED TO
FLORIDA STATE PRISON
ON
AUG 03 2012
FOR MAILING
INMATES INITIALS____

WARREN OLIVER,
  Plaintiff,

Case No: 3:11-cv-964-J-37MCR

V.

OFFICER, HARDY, et al.,
  Defendants

## Motion to Stop Officer's for Retaliating

Comes Now, plaintiff Warren Oliver, pro se asking the courts to have the Officers from harassing and retaliating on him, because of this Civil Suit. The Officer's are threatening plaintiff to stop pursuing this Suit, they are stating if I don't drop this, they are going to beat my ass. They are not letting plaintiff take a shower, go to recreation, attend day room, attend the law library, plaintiff's in fear of his life around the officers on J-Wing, plaintiff submitted a emergency grievance to the Warden and inspector, but he hasn't heard anything from them. The Officers on J-Wing are reading our mail, throwing some of it away and stealing our stamps, only the mail room personnel suppose to read our mail. When it comes to the dorm, the officer are required to issue it out. All of this is on camera. Ever Since plaintiff has been on this Wing, they have been doing our mail like that, Your Honor, please have these officers to stop retaliating on him. Your Honor, can you have the F.B.I. come and converse with me about all the depravity that's going on at F.S.P., and U.C.I, the inspectors here and in Tallahassee are covering alot of this depravity up? plaintiff need your help Sir. Respectfully Submitted,
Thank You,

Executed 3rd day of Aug 2012   Warren Oliver   DC#781409